UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE ODELL DRAKE,

        Plaintiff,                      Case No. 15-cv-11800

                                              Paul D. Borman
v.                                             United States District Judge

COMMISSIONER OF                         R. Steven Whalen
SOCIAL SECURITY,                           United States Magistrate Judge

        Defendant.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE R. STEVEN WHALEN'S MAY 31, 2016
REPORT AND RECOMMENDATION (ECF NO. 18), (2) DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT (ECF NO. 16), (3) GRANTING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT (ECF NO. 17), AND
(4) AFFIRMING THE DECISION OF THE COMMISSIONER

      On May 31, 2016 Magistrate Judge R. Steven Whalen issued a Report and Recommendation to deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the findings of the Commissioner. (ECF No. 18, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF No. 16), GRANTS Defendant's Motion for Summary Judgment (ECF No. 17), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

                                                              s/Paul D. Borman
                                                              PAUL D. BORMAN
Dated: June 30, 2016                         UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 30, 2016.

                      s/Deborah Tofil
                      Case Manager